David Henderson
Law Offices of David Henderson
3003 Minnesota Drive, Suite 203
Anchorage, AK 99503
Phone: 907-677-1234
Fax: 888-965-9338
dh@henderson-law.com

Kenneth A. Norsworthy
Law Office of Kenneth A. Norsworthy, LLC
711 H Street, Suite 410
Anchorage, AK 99501
Phone: 907-279-1000
Fax: 907-276-4125
ken@norsworthylawfirm.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Gary Ojaniemi and Janice Ojaniemi, individually, as husband and wife, and as next-friends on behalf of J.E. and J.O., minor children,<br><br>    Plaintiffs,<br><br> vs.<br><br>United States of America,<br><br>    Defendant. | Case No. _____ |

## **COMPLAINT**

COME NOW plaintiffs and allege as follows:

1) Plaintiff Gary Ojaniemi [hereinafter "Gary"] is, and was at all times pertinent, an adult resident of North Pole, Alaska.

2) Plaintiff Janice Ojaniemi [hereinafter "Janice"] is, and was at all times pertinent, an adult resident of North Pole, Alaska.

3) Plaintiffs Gary and Janice are, and at all times pertinent were, validly married as husband and wife.

4) Plaintiffs J.E. and J.O. are minor grandchildren of Gary and Janice, as well as their dependents.

5) Plaintiffs Gary and Janice both have actual care and custody of said children, and legally adopted them.

6) Plaintiffs all reside in the same household.

7) Fort Wainwright is a military base owned and/or operated by the United States Army, and is situated in or near Fairbanks, Alaska.

8) The United States Army is the land warfare service branch of the United States Armed Forces and, for purposes of the instant action, is an agency or instrumentality of defendant United States of America.

9) Army Staff Sergeant Jacob Michael Eise is, and at all times pertinent was, a non-commissioned officer in the United States Army and serving within the course and scope of that role.

10) More than six months ago, plaintiffs submitted their administrative claims on Standard Form 95s to the appropriate federal agency.

11) The agency has failed to respond within six months.

12) The instant action is brought pursuant to the *Federal Tort Claims Act*, [28 USC §§ 1346, 2401, and 2671 *et seq.*]

13) On or about February 23, 2018, Gary was driving a 2007 Dodge Dakota on or near the Fort Wainwright Army base.

14) Staff Sergeant Eise was driving a brown and green M1097 ["Humvee"] heavy-duty military vehicle owned by the Army.

15) Due to Eise's negligence the M1097 ran into the Dodge Dakota.

16) As a result of the collision, the Dodge Dakota sustained damage and Gary sustained substantial personal injuries, including back injury; hospitalization; spinal surgeries; unremitting pain; and physical and emotional sequelae and distress.

17) As a direct and proximate result of Eise's negligence, Gary has and will suffer economic losses including, but not necessarily limited to: (a) expenses for medical treatment and other forms of therapy and remediation; (b) loss of earnings and earning capacity; (c) loss of household- and non-market services; and; (d) other incidental, consequential, and out-of-pocket expenses and damages.

18) As a direct and proximate result of Eise's negligence, Gary has and will suffer non-economic damages including, but not necessarily limited to: (a) pain-and-suffering; (b) inconvenience; (c) loss-of-enjoyment of life, and; (d) other hedonic damages.

19) As a direct and proximate result of Eise's negligence, plaintiff Janice Ojaniemi has and will suffer loss of spousal consortium, services, love, and support.

20) As a direct and proximate result of Eise's negligence, plaintiffs J.E. and J.O. have and will suffer loss of Gary's parental consortium.

WHEREFORE plaintiffs pray for judgment awarding --

1) Compensatory damages to each of the plaintiffs, in the minimum sum of $100,000 each, the exact amount to be proved at trial;

2) Costs and attorney's fees as may be allowable;

3) Any other relief the court may deem appropriate.

DATED at Anchorage, Alaska, this 23rd day of September, 2019.

    LAW OFFICES OF DAVID HENDERSON

    Attorneys for Plaintiffs

    s/ David Henderson
    David Henderson  #9806014

    LAW OFFICES OF KENNETH A NORSWORTHY

    Attorneys for Plaintiffs

    s/ Kenneth A. Norsworthy
    Kenneth A. Norsworthy #7705055